



## MEMORANDUM OPINION

No. 04-10-00258-CR

Edward Jesse **CANTU**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 286720
Honorable Monica Guerrero, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice

Delivered and Filed:  May 12, 2010

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion is signed by both

Appellant and his attorney. *See* TEX. R. APP. P. 42.2(a). We, therefore, grant the motion and

dismiss this appeal. *See id.*


PER CURIAM


Do not publish